UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN COOPER,

    Plaintiff,                                    Case No. 07-13123

v.                                                   Honorable John Corbett O'Meara

STATE OF MICHIGAN,

    Defendant.
                                          /

## **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

On October 10, 2007, plaintiff Gwendolyn Cooper filed a timely motion for reconsideration of this court's October 5, 2007 order of partial dismissal. Pursuant to Local Rule 7.1(g)(3)(E.D. Mich. Dec. 1, 2005),

> Generally, and without restricting the court's discretion, the court will not grant motions for reconsideration that merely present the same issued ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

As acknowledged in Plaintiff's motion for reconsideration, "It has consistently been recognized that pendent jurisdiction is a doctrine of discretion, not of plaintiff's right." Motion br. at 4. Plaintiff has failed to demonstrate a palpable defect by which the court and the parties have been misled. Therefore, it is hereby **ORDERED** that Plaintiff's October 10, 2007 motion for reconsideration is **DENIED.**

                                                            s/John Corbett O'Meara
                                                            United States District Judge

Date: October 23, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 23, 2007, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager